# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142759(87)(89)(91)

SC: 142759
COA: 299471
Wayne CC Fam Div: 08-483987

In re C.I. MORRIS, Minor.

_____

       On order of the Chief Justice, the motion by the Little Traverse Bay Bands of Odawa Indians for leave to file a brief *amicus curiae* is considered and it is granted. Motions by the Little Traverse Bay Bands of Odawa Indians and the American Indian Law Section of the State Bar of Michigan for leave to participate in oral argument are considered and they are denied.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2011

Clerk